Same case below, 376 Fed. Appx. 792.

**No. 10-7721. Joseph Edward McConnel, Petitioner v. United States.**

562 U.S. 1133, 131 S. Ct. 977, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 400.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 31, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-1138. TAM Travel, Inc., et al., Petitioners v. American Airlines, Inc., et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 256.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 583 F.3d 896.

**No. 09-1353. Iron Thunderhorse, Petitioner v. Bill Pierce, Individually and in His Official Capacity as Chaplaincy Director of the Texas Department of Criminal Justice, et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 534.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 141.

**No. 09-11099. Darryl Simms, Petitioner v. Gerardo Acevedo, Warden.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 367.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 595 F.3d 774.

**No. 09-11126. J. Doe, Petitioner v. Richard L. Duncan, et al.**

562 U.S. 1134, 131 S. Ct. 896, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 599.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 09-11208. Terry L. Corber, Petitioner v. United States.**

562 U.S. 1134, 131 S. Ct. 897, 178 L. Ed. 2d 746, 2011 U.S. LEXIS 65.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 763.